UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY R. PARKER,

    Plaintiff,

v.                                                                                  4:13cv367-WS

MORRIS R. YOUNG, individually and
in his official capacity as SHERIFF,
GADSDEN COUNTY, FLORIDA; and
HENRY MILLER, individually,

    Defendants.

_____

## O R D E R

    Before the court is the parties' stipulation dismissing Henry Miller as a defendant in the case. Doc. 29. Consistent with that stipulation, it is ORDERED:

    1. By stipulation, the defendant, Henry Miller, has been DISMISSED from this action with prejudice.

    2. The clerk shall note on the docket that Henry Miller is no longer a defendant in the case.

DONE AND ORDERED this   26th   day of    March   , 2014.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE